UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 00-2691 ADM/SRN

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JONATHAN B. CAO,<br>a/k/a BING N. CAO,<br><br>Defendant. | **ORDER** |

This matter comes before the Court on the motion of the United States for entry of default judgment against defendant. Lonnie F. Bryan, Assistant United States Attorney, appears for the United States.

Based upon the memorandum, affidavit and arguments of counsel, and upon all the files, records and proceedings herein,

IT IS ORDERED THAT default judgment in the principal sum of $3,503.24, plus interest to May 22, 2000, in the amount of $1,917.50, plus additional prejudgment interest from May 22, 2000, at the rate of eight percent (8%) per annum ($ .77 per day), pursuant to 28 U.S.C. § 2412 costs in the amount of $150.00, $52.59 for service by the United States Marshals Service, together with postjudgment interest, costs and disbursements as allowed by law, be entered against defendant.

LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated: April 25, 2001

APR 25 2001

FILED

FRANCIS E. DOSAL, CLERK

JUDGMENT ENTD APR 25 2001

DEPUTY CLERK

United States District Court
Ann D. Montgomery